O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY GARCIA,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>JAMES D. HARTLEY, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. ED CV 09-01615 DOC (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JOHN ANTHONY GARCIA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 23, 2010

*David O. Carter*

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE